UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

FILED

AUG 20 2019

U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 2:19-CR- 24 |
| MATTHEW SCOTT COLLINS, | Violations: 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 922(j) |
| | 18 U.S.C. § 924(a)(2) |
| | 26 U.S.C. § 5861(d) |
| | 26 U.S.C. § 5871 |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Unlawful Possession of a Firearm)

On or about July 1, 2018, in Barbour County, in the Northern District of West Virginia, defendant **MATTHEW SCOTT COLLINS** knowingly possessed a firearm in and affecting commerce, to wit, a Norinco, model JW-15A, .22 caliber rifle, serial number 9016690; a Walther pistol, model P99C QA, 9mm, serial number FAF0172; and a Kimber rifle, model Montana, .223 caliber, serial number KM47813, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is Third or Subsequent Offense Domestic Battery, in the Circuit Court of Harrison County, West Virginia, in case number 13-F-7-2 on February 26, 2013, and knowing that he had been convicted of such a crime; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

(Possession of Stolen Firearm)

On or about July 1, 2018, in Barbour County, in the Northern District of West Virginia, defendant **MATTHEW SCOTT COLLINS** did knowingly possess and conceal a stolen firearm, that is a Norinco, model JW-15A, .22 caliber rifle, serial number 9016690, a Walther pistol, model P99C QA, 9mm, serial number FAF0172; and a Kimber rifle, model Montana, .223 caliber, serial number KM47813, which had been shipped and transported in interstate commerce before said firearm was stolen, knowing and having reasonable cause to believe that the firearm was stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT THREE

(Possession of Unregistered Silencer)

On or about July 1, 2018, in Barbour County, in the Northern District of West Virginia, defendant **MATTHEW SCOTT COLLINS** did knowingly possess a silencer, that is a Silencer CO, model Harvester, .300 caliber silencer, serial number HRV5079, that was not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d) and 5871, and as defined in Title 26, United States Code, Section 5845(a)(7).

A true bill,

/s/
Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Stephen Warner
Assistant United States Attorney